IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ROBERT C. JONES                                                                PLAINTIFF

VS.                                                       CIVIL ACTION NO. 3:06CV161DPJ-JCS

CHRISTOPHER EPPS, ET AL.                                                    DEFENDANT

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, it is hereby ordered that this matter should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed with prejudice.

SO ORDERED this the  3rd   day of November, 2006.


　　　　　　　　　　　　　　　　　　 s/ James C. Sumner                     
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE